FORM EDC 6–640 Order Closing Case Where Case Has Been Reopened  (v.11.07)      09–47560 – B – 11



UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814

(916) 930–4400
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM

**FILED**

**4/8/13**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

lars

## ORDER CLOSING CASE WHERE CASE HAS BEEN REOPENED

Case Number:    09–47560 – B – 11

Debtor Name(s) and Address(es):

Tyrious LaMonte Gates
PO Box 51501
Palo Alto, CA 94303

An order reopening case having been entered and the estate having been fully administered;

**IT IS ORDERED** that the above–entitled case be and the same is hereby closed.

Dated:  4/8/13

Wayne Blackwelder
Clerk of Court